# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| True Freight Logistics LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Global Tranz Enterprises Incorporated, et al., <br><br> Defendants. | **NO. CV-18-01472-PHX-JGZ** <br><br> **DEFAULT JUDGMENT** |

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered in the amount of 1,016,639.88, in favor of GlobalTranz Enterprises, Incorporated, and against True Freight Logistics LLC, on Count One and Count Two of GlobalTranz Enterprises' Counterclaims.

Debra D. Lucas
Acting District Court Executive/Clerk of Court

April 30, 2020

By   s/ B. Cortez
     Deputy Clerk